THE STATE EX REL. ROADWAY SERVICES, INC., APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL, APPELLEES.

[Cite as *State ex rel. Roadway Serv., Inc. v. Indus.
Comm.* (2001), 91 Ohio St.3d 572.]

(No. 00–2019—Submitted April 24, 2001—Decided June 6, 2001.)

*Buckingham, Doolittle & Burroughs, L.L.P.,* and *Richard A. Hernandez,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jacob Dobres,* Assistant Attorney General, for appellee Industrial Commission.

*Michael J. Muldoon,* for appellee Aaron J. Carte.

THE STATE EX REL. KNIGHT-RIDDER, INC., D.B.A. BEACON JOURNAL PUBLISHING, APPELLANT, *v.* WOODALL ET AL., APPELLEES.

[Cite as *State ex rel. Knight–Ridder, Inc. v. Woodall* (2001), 91 Ohio St.3d 573.]

(No. 00–2101—Submitted April 24, 2001—Decided June 6, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Roetzel & Andress, Robert E. Blackham, Jonathan A. Good* and *Timothy J. Webster,* for appellant.